UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>BRIAN KENNETH GROSS; and Does 1-10,<br><br>    Defendants. | NO. CIV. 2:14-2242 WBS KJN |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for January 20, 2015, and makes the following findings and orders without needing to consult with the parties any further.

I.   SERVICE OF PROCESS

All named defendants have been served, and no further

1

service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

## II.   JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

## III. JURISDICTION/VENUE

Jurisdiction is predicated upon federal question jurisdiction, 28 U.S.C. §§ 1331, 1343, because plaintiff's claims arise under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.  Supplemental jurisdiction is predicated upon 28 U.S.C. § 1367.  Venue is undisputed and is hereby found to be proper.

## IV. SETTLEMENT CONFERENCE

The court has determined that this case is appropriate for an early settlement conference.  The parties shall contact the assigned magistrate judge's courtroom deputy no later than February 24, 2015, by phone or email to schedule an early settlement conference.  Contact information for the assigned magistrate judge is available at www.caed.uscourts.gov under the "Judges" tab.

At the settlement conference, each party is ordered to have a principal with full settlement authority present at the conference or be fully authorized to settle the matter on any terms.  No later than seven days before the date of the Settlement Conference, counsel for each party shall submit a

1   confidential Settlement Conference Statement to the settlement
2   judge.  Such statements shall not be filed, but shall be
3   delivered to the chambers of the settlement judge, in hard copy.

    V.   DISCOVERY

5       The parties indicate that they have served the initial
6   disclosures required by Federal Rule of Civil Procedure 26(a)(1).
7   Any initial disclosures that were not served shall be served no
8   later than February 20, 2015.

9       Plaintiff requests that the number of interrogatories
10  under Federal Rule of Civil Procedure 33(a)(1) be increased to
11  forty-five for both parties.  Because defendant does not oppose
12  this request, the court will approve the additional twenty
13  interrogatories for both parties.

14      The parties shall disclose experts and produce reports
15  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no
16  later than April 3, 2015.  With regard to expert testimony
17  intended solely for rebuttal, those experts shall be disclosed
18  and reports produced in accordance with Federal Rule of Civil
19  Procedure 26(a)(2) on or before May 1, 2015.

20      All discovery, including depositions for preservation
21  of testimony, is left open, save and except that it shall be so
22  conducted as to be <u>completed</u> by May 29, 2015.  The word
23  "completed" means that all discovery shall have been conducted so
24  that all depositions have been taken and any disputes relevant to
25  discovery shall have been resolved by appropriate order if
26  necessary and, where discovery has been ordered, the order has
27  been obeyed.  All motions to compel discovery must be noticed on
28  the magistrate judge's calendar in accordance with the local

rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than May 29, 2015.

## VI. MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before July 24, 2015.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

## VII. FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for October 13, 2015, at 2:00 p.m. in Courtroom No. 5.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements. In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of

undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

### VIII.  TRIAL SETTING

The jury trial is set for December 15, 2015, at 9:00 a.m.  The parties estimate that a jury trial will last three to five days.

### IX.  MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge.  All requests to change the trial date shall be heard and decided only by the undersigned judge.

Dated:  January 14, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE