Russell S. Humphrey  (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
Telephone:  (209) 625-8976
Facsimile:   (209) 625-8673
russell@humphreylawgroup.net

Attorney for Defendant,
BRIAN GROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

vs.

BRIAN KENNETH GROSS,

        Defendants.
_____/

Case No:  2:14-cv-02242-WBS-KJN

STIPULATION TO EXTEND HEARING ON MOTION FOR SUMMARY JUDGMENT, PRETRIAL CONFERENCE AND TRIAL and ORDER THEREON

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel that:  Plaintiff's Motion for Summary Judgment currently set for September 8, 2015 be continued to November 16, 2015 at 9:00 a.m. and the Pretrial Conference now set for October 13, 2015 be continued January 19, 2016 at 2:00 p.m. and a new trial date be continued to March 15, 2016 at 9:00 a.m.

DATED:   August 27, 2015

                /S/ *Russell S. Humphrey*
By _____
        Russell S. Humphrey
        Attorney for Defendant, BRIAN GROSS

-1-

STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT, PRETRIAL CONF AND TRIAL; and ORDER

DATED:  August 27, 2015                              /S/   Phyl Grace
                                                 By _____
                                                    Phyl Grace
                                                    Attorney for Plaintiff, SCOTT JOHNSON

# **O R D E R**

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment currently set for September 8, 2015 be continued to **November 16, 2015 at 2:00 p.m.** in Courtroom 5;

IT IS FURTHER ORDERED that the Pretrial Conference currently set for October 13, 2015 be continued to **January 19, 2016 at 2:00 p.m.** in Courtroom 5; and

IT IS FURTHER ORDERED that the Jury Trial currently set for December 15, 2015 be continued to **March 15, 2016 at 9:00 a.m.** in Courtroom 5.

Dated:  August 28, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE