UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIAN KENNETH GROSS; and Does 1-10,<br><br>　　　　Defendants. | Case No.:   2:14-CV-02242-WBS-KJN<br><br>**ORDER** |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later than **Janary 19, 2016**. The Court sets a Status Conference/OSC for **February 1, 2016 at 1:30 p.m.** at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

**Dated:  November 10, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE