UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

BRIAN KENNETH GROSS; and Does 1-10,

    Defendants.

Case No.: 2:14-CV-02242-WBS-KJN

**ORDER**

### **ORDER**

The Court hereby continues the hearing of Plaintiff's Motion for Summary Judgment, presently set for November 16, 2015. The Court resets the hearing on the motion for **January 11, 2016 at 1:30 p.m.** If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

**Dated: November 10, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE