UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIAN KENNETH GROSS; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-02242-WBS-KJN<br><br>**ORDER CONTINUING PLAINTIFF'S REQUEST TO CONTINUE MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 11, 2016<br>Time: 1:30 p.m.<br>Dept. 5 |

1

1
2   There being no objection, IT IS ORDERED that Plaintiff SCOTT
3   JOHNSON's pending Motion for Summary Judgment be continued for a
4   period of no less than thirty (30) days, with the anticipation that the hearing
5   will be taken off calendar and the case dismissed well before that date.   The
6   parties shall file their disposition documents pursuant to Local Rule 160(b),
7   and no later than 2/8/2016, or a Joint Status Report by that date if settlement
8   has not been finalized .
9
10   The new date for the hearing on the Motion for Attorney Fees and
11  costs will be February 22, 2016 at 1:30 p.m.   The Status Conference Re
12  Settlement now set for February 1, 2016 is vacated.
13
14  **Dated:  January 4, 2016**
15
    _____
    WILLIAM B. SHUBB
16  UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28