## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN KENNETH GROSS; and Does 1-10,<br><br>    Defendants. | Case No.:  2:14-CV-02242-WBS-KJN<br><br>**ORDER** |

### **ORDER**

Pursuant to the stipulation of counsel the Court hereby vacates all currently set dates, including Plaintiff SCOTT JOHNSON's Motion for Summary Judgment scheduled for hearing on February 22, 2016, and said motion is hereby ordered WITHDRAWN, and dropped from the court's calendar, with the expectation that the parties will file a motion for determination of attorney fees/costs, and file a dismissal thereafter.  A Status Conference is set for April 11, 2016 at 1:30 p.m. pending dismissal of this action or the parties' filing of a motion for attorney fees and costs.  A Joint Status Report shall be filed on or before March 28, 2016 if no such motion or dismissal has been filed by that date.

**IT IS SO ORDERED.**

**Dated:  February 17, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE