UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br>      Plaintiff, <br> v. <br> **Brian Kenneth Gross;** and Does 1-10, <br>      Defendants. | ) Case No.: 2:14-CV-02242-WBS-KJN <br> ) <br> ) **ORDER GRANTING** <br> ) **JOINT STIPULATION TO VACATE** <br> ) **TRIAL AND DISMISSING ACTION** <br> ) <br> )  Pretrial Conference: July 5, 2016 <br> )  Time: 1:30 p.m. <br> ) <br> )  Complaint Filed: September 26, 2014 <br> )  Trial Date: September 13, 2016 <br> ) <br> ) <br> )  Honorable Judge William B. Shubb <br> ) |

## **ORDER**

Pursuant to joint stipulation of the parties, and finding good cause therefore, it is hereby ordered that pretrial conference and trial dates are all vacated, and this action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated:  June 2, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE